UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARITES MONTEMAYOR GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>CREDITORS SPECIALTY SERVICE, INC.,<br><br>    Defendant. | Case No. 14-cv-01806-BLF<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING DATES** |

The parties in the above-captioned action are presently scheduled to appear for a Case Management Conference on November 6, 2014. The parties have filed with the Court a Joint Case Management Statement requesting that the Court set dates, pursuant to an agreed upon schedule between the parties, and vacate the Case Management Conference.

The November 6 Case Management Conference is hereby VACATED, and the Court sets the following schedule:

| | |
|---|---|
| Further Case Management Conference | April 16, 2015 |
| Close of Fact Discovery | May 29, 2015 |
| Rule 26(a)(3) Disclosures | June 10, 2015 |
| Last Day to File Dispositive Motions | July 9, 2015 |
| Oppositions to Dispositive Motions Due | July 23, 2015 |
| Replies to Dispositive Motions Due | July 30, 2015 |
| Dispositive Motion Hearing Date | August 13, 2015 |
| Final Pre-Trial Conference | January 7, 2016 |
| Jury Trial (2-3 day estimate) | January 25, 2016 |

1     **IT IS SO ORDERED.**

2    Dated: November 3, 2014

3    _____
     BETH LABSON FREEMAN
4    United States District Judge