UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARITES MONTEMAYOR GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>CREDITORS SPECIALTY SERVICE, INC.,<br><br>    Defendant. | Case No.  14-cv-01806-BLF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>[Re: ECF 31] |

The parties in the above-captioned action are scheduled to appear for case management on April 16, 2015. Plaintiff has filed a case management statement and indicates that her attorney attempted to contact Defendant's counsel prior to the deadline to submit a joint case management statement, but never received a response from Defendant's counsel.[1] Plaintiff therefore asks the Court to continue the case management conference. The Court GRANTS Plaintiff's request to continue the conference. The April 16 conference is VACATED and RESET to June 18, 2015.

Plaintiff's request to extend the discovery cut-off is DENIED without prejudice. Plaintiff may submit a stipulation or administrative motion to seek a modification of the case schedule.

**IT IS SO ORDERED.**

Dated: April 14, 2015

_____
BETH LABSON FREEMAN
United States District Judge

---

[1] Plaintiff also requests to remove an incorrectly filed version of the case management statement, at ECF 29. Plaintiff's counsel states that he inadvertently filed a joint case management statement without first obtaining approval of Defendant. *See* ECF 30 at 1. Because there is no indication that the document contains confidential information, the Court DENIES the request, and will treat the corrected case management statement, filed at ECF 31, as the properly filed document.