1  **NEIL C. EVANS (#105669)**
   LAW OFFICES OF NEIL C. EVANS
2  **13351 D RIVERSIDE DRIVE, STE. 612**
   SHERMAN OAKS, CA 91423
3  **(818) 802-8333**

6  ATTORNEY FOR DEFENDANT
   **CREDITORS SPECIALTY SERVICE, INC.**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **MARITES M. GARCIA,** | **CASE NO. 5:14-CV-01806-BLF** PSG |
| | ORDER GRANTING |
| | **REQUEST TO APPEAR BY TELEPHONE THROUGH DECLARATION OF NEIL** |
| **PLAINTIFF,** | **C. EVANS AS TO DISCOVERY MOTIONS** |
| | **DATE: 5/5/15** |
| | **TIME: 10:00 A.M.** |
| **VS.** | |
| **CREDITORS SPECIALTY SERVICE,** | |
| **DEFENDANTS.** | |

I, NEIL C. EVANS, declare:

   1.   I just completed an in-person meet and confer with Plaintiff's counsel as to all discovery requests at issue on the discovery motions set for May 5, 2015 at 10:00 a.m. at his offices in San Jose.  I traveled from Los Angeles, California for this purpose.

   2.   We reached an understanding that as follows:  As to the First Set of Document Requests, I will supplement the original responses with substantive responses as to 1-30 of the requests, and produce a bates stamped set of documents, by May 14, 2015; Requests Nos. 31 to 40, would be deferred unless and until 20 days after Plaintiff amends the

Complaint to allege class action allegations. As to the First Set of Form Interrogatories, and First Set of Requests for Admissions, after discussing clarifications as to a number of these Requests/Interrogatories, I will serve substantive supplemental responses by May 21, 2015. The parties also discussed the deposition of Defendant in Toluca Lake, California on May 26, 2015, after service of these supplemental responses.

3.   Plaintiff's counsel was unwilling to take off calendar or continue the hearing on the pending Motions to Compel.

4.   I am requesting the opportunity to attend the hearing on the Motions set for May 5, 2015, by Court Call. The basis for this request is that I have a personal commitment to my 89 year old father, to assist him and transport him to an important personal matter involving his health and welfare, which he cannot complete without my assistance, which is critical to be completed on May 5, 2015 in Los Angeles, California.

I declare under penalty of perjury under the laws of the United States that Foregoing is true and correct.

Executed at San Jose, California on May 4, 2015.

_____/s/ NEIL C. EVANS _____

Dated: 5/4/2015

_____
Paul S. Grewal
U.S. Magistrate Judge