Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
MARITES MONTEMAYOR GARCIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MARITES MONTEMAYOR GARCIA,<br><br>                              Plaintiff,<br><br>      v.<br><br>CREDITORS SPECIALTY SERVICE,<br>INC., a California corporation,<br><br>                              Defendant. | Case No. 5:14-CV-01806-BLF-PSG<br><br>**[~~PROPOSED~~] ORDER GRANTING MOTION TO COMPEL INITIAL DISCLOSURES, FURTHER DISCOVERY RESPONSES AND RESPONSIVE DOCUMENTS FROM CREDITORS SPECIALTY SERVICE, INC., AND DENYING MOTION FOR SANCTIONS WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. P. 37 and Civil L.R. 37]<br><br>Hearing Date:        May 5, 2015<br>Hearing Time:        10:00 a.m.<br>Hearing Judge:       Paul Singh Grewal<br>Hearing Courtroom:   5, 4th Floor<br>Hearing Location:    280 South First Street<br>                                San Jose, California |

THIS MATTER comes before the Court on Plaintiff, MARITES MONTEMAYOR GARCIA's, Motion to Compel Initial Disclosures, Further Discovery Responses and Responsive Documents from Creditors Specialty Service, Inc. (Doc. 27), and Motion for Discovery Sanctions Against Creditors Specialty Service, Inc., and its Counsel, Neil C. Evans (Doc. 28).

WHEREUPON the Court, having read the papers and heard the arguments of counsel at the hearing, and being duly advised in the premises, finds that Plaintiff's Motion to Compel Initial

Disclosures, Further Discovery Responses and Responsive Documents from Creditors Specialty Service, Inc. (Doc. 27), should be and is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant, CREDITORS SPECIALTY SERVICE, INC., serve upon Plaintiff: 1) the Initial Disclosures required by Fed. R. Civ. P. 26(a); 2) complete responses to Plaintiff's discovery requests; and 3) all documents and electronically stored information in its possession, custody or control which are responsive to Plaintiff's discovery requests, no later than May 21, 2015.

Following service, Defendant shall file a Certificate of Service in accordance with Civil L.R. 5-5(a).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Discovery Sanctions Against Creditors Specialty Service, Inc., and its Counsel, Neil C. Evans (Doc. 28), is hereby DENIED without prejudice.

IT IS SO ORDERED.

Dated:   5/5/2015

The Honorable Paul S. Grewal
United States Magistrate Judge

ORDER GRANTING MOTION TO COMPEL                    Case No. 5:14-CV-01806-BLF-PSG