UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARITES MONTEMAYOR GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>CREDITORS SPECIALTY SERVICE, INC.,<br><br>    Defendant. | Case No.  14-cv-01806-BLF<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE**<br><br>[Re: ECF 47] |

The parties in the above-captioned action are presently scheduled to appear for case management on June 18, 2015. The parties jointly request three things: that the Court (1) continue the case management conference because of Plaintiff's pending motion to amend the complaint, (2) extend the discovery cut-off by 120 days in order for the Plaintiff to conduct limited discovery as to Defendant's President, Charles V. Stanley, and (3) extend the parties' mediation deadline to September 30, 2015. *See* ECF 47 at 1-2.

The Court GRANTS the parties' requests. The case management conference is CONTINUED to August 20, 2015 at 1:30 p.m.; the discovery cut-off is EXTENDED to September 26, 2015; and the mediation deadline is EXTENDED to September 30, 2015. All other dates remain as previously set.

**IT IS SO ORDERED.**

Dated: June 15, 2015

                                                                    BETH LABSON FREEMAN
                                                                      United States District Judge