UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MARITES MONTEMAYOR GARCIA, | Case No. 14-cv-01806-BLF |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| CREDITORS SPECIALTY SERVICE, INC., et al., | |
| Defendants. | |

On 08/20/2015, the Plaintiff appeared before Judge Beth Labson Freeman for a Case Management Conference. Defendant(s) did not appear.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 09/17/2015 at 1:30 pm |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Trial | n/a |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

6 Dated: 08/20/2015

_____
BETH LABSON FREEMAN
United States District Judge