UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARITES MONTEMAYOR GARCIA,

    Plaintiff,

    v.

CREDITORS SPECIALTY SERVICE, INC., et al.,

    Defendants.

Case No. 14-cv-01806-BLF

**ORDER (1) VACATING HEARING; (2) SETTING CASE SCHEDULE; AND (3) VACATING CASE MANAGEMENT CONFERENCE**

Pursuant to Civ. L.R. 7-1(b), the Court finds Defendants' motion to dismiss suitable for submission without oral argument and hereby VACATES the hearing scheduled for November 19, 2015. The parties filed a joint case management statement requesting the Court enter a case management order in this action based on the parties' proposed dates. Accordingly, with some modifications to the parties' proposed dates because of existing conflicts on the Court's calendar, the Court VACATES the case management conference set[1] for November 19, 2015 and the Court SETS the following schedule for this action:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Fact Discovery Cut-Off | March 31, 2016 |
| Fed. R. Civ. P. 26(a)(3) Disclosures | May 6, 2016 |
| Last Day to File Dispositive Motions | May 27, 2016 |
| Opposition to Dispositive Motions | June 9, 2016 |

---

[1] In an updated case management statement, Defendants' counsel requested to appear telephonically at the case management conference. The Court DENIES AS MOOT Defendants' request.

| Replies to Dispositive Motions | June 16, 2016 |
|---|---|
| Hearing on Dispositive Motions | August 4, 2016 |
| Final Pretrial Conference | November 10, 2016 |
| Trial | December 5, 2016 |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

Dated:  November 13, 2015

*(signature)*
BETH LABSON FREEMAN
United States District Judge