UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARITES MONTEMAYOR GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>CREDITORS SPECIALTY SERVICE, INC., et al.,<br><br>    Defendants. | Case No.  14-cv-01806-BLF<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS** |

Pursuant to Civ. L.R. 7-1(b), the Court finds Defendants' motion to dismiss suitable for submission without oral argument and hereby VACATES the hearing scheduled for May 19, 2016.

**IT IS SO ORDERED.**

Dated: May 6, 2016

_____
BETH LABSON FREEMAN
United States District Judge