

GRANTED
Judge Paul S. Grewal

NEIL C. EVANS   (State Bar No. 105669)
LAW OFFICES OF NEIL C. EVANS
13351 D. Riverside Drive, Ste. 612
Sherman Oaks, CA 91423
Tel: (818) 802-8333   Fax: (213) 406-1231

Attorney for Defendants CREDITORS
SPECIALTY SERVICE, INC. and CHARLES
STANLEY, JR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARITES MONTEMAYOR GARCIA, ) | Case No. 5:14-cv-01806BLF |
| ) | |
| Plaintiff, ) | REQUEST TO APPEAR BY TELEPHONE BY DEFENDANTS' AT DISCOVERY MOTION(S) SET FOR MAY 24, 2016 |
| v. ) | |
| ) | Date: 5/24/16 |
| CREDITORS SPECIALTY SERVICE, ) | Time: 10:00 a.m. |
| INC, CHARLES STANELY, JR., ) | MAGISTRATE GREWAL |
| ) | |
| Defendant. ) | |

　　　　I, NEIL C. EVANS, declare:

　　　　1.   I am counsel for the Defendants in this proceeding.

　　　　2.   I am respectfully requesting leave to appear via Courtcall for the May 24, 2016 Discovery Motion(s).  This hearing occurs on the eve of an extended business trip on the East Coast scheduled for 5/25/16 for a

Federal Court Case pending in Maine in which I am lead counsel. I live in Westlake Village, Ventura County, California, and attendance at this hearing on May 24, 2016, would require essentially a full day of travel on May 24, 2016 and would undermine my ability to deal with critical matters both business and personal, before this Trip, including the relocation of my 89 year old to a new nursing facility/location. I believe I can effectively handle the issues in this hearing via Courtcall, which involve fairly narrow issues regarding a deposition.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed at Los Angeles, California on May 23, 2016.

NEIL C. EVANS