# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MARITES MONTEMAYOR GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CREDITORS SPECIALTY SERVICE, INC., et al.,<br><br>　　　　Defendants. | Case No.  14-cv-01806-BLF<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE OPPOSITION** |

Before the Court is Defendant, Charles Stanley, Jr.'s motion for leave to file an opposition to Plaintiff's motion for summary judgment. Having considered this unopposed motion for leave and good cause appearing, the motion is hereby GRANTED.

Accordingly, the Court orders Defendant to file the opposition on or before October 3, 2016, and Plaintiff shall reply to Defendant's opposition on or before October 10, 2016. Plaintiff's motion for summary judgment will be submitted without a hearing.

**IT IS SO ORDERED.**

Dated: September 26, 2016

_____
BETH LABSON FREEMAN
United States District Judge