# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

MARITES MONTEMAYOR GARCIA,

Plaintiff,

v.

CHARLES STANLEY,

Defendant.

Case No. 14-cv-01806-BLF

**SUA SPONTE ORDER TO CORRECT JUDGMENT**

The Court *sua sponte* issues a corrected judgment to correct a clerical error in the judgment previously issued. Fed. R. Civ. Proc 60(a); *Espinosa v. United Student Aid Funds, Inc.*, 530 F.3d 895, 899 (9th Cir. 2008). By its order dated November 16, 2016, the Court granted Plaintiff Marites Montemayor Garcia summary judgment against Defendant Charles Stanley, Jr. and awarded her reasonable attorney's fees and costs on claims relating to the Fair Debt Collections Practice Act and the Rosenthal Fair Debt Collection Practices Act. ECF 16. The original judgment inadvertently misstated the Court's order. ECF 108. This correction is made to make the judgment reflect the actual intention of the Court and to accurately reflect the Court's order. *Harman v. Harper*, 7 F.3d 1455, 1457 (9th Cir. 1993).

The Court further DIRECTS the Clerk to remove the original judgment from the Court Docket. ECF 108. Said judgment has no force or effect.

Plaintiff's motion filed on December 12, 2016 seeking this relief is thus terminated as moot.

**IT IS SO ORDERED.**

Dated: December 13, 2016

BETH LABSON FREEMAN
United States District Judge